# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMEKIA PALMER,** : | |
| Claimant, : | |
| : | **CIVIL ACTION** |
| v.     : | **No. 15-2863** |
| : | |
| **NANCY A. BERRYHILL,** : | |
| **Acting Commissioner of Social Security,** : | |
| Defendant. : | |

## ORDER

This 24th day of February, 2017, upon consideration of Claimant's Motion to Reopen, the transcript of Claimant's May 16, 2013 hearing before ALJ Overton, ALJ Overton's decision denying benefits, and the Administrative Record on which that decision was based, it is hereby **ORDERED** that Claimant's Motion is **DENIED.**

        /s/ Gerald Austin McHugh
United States District Judge