# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMEKIA PALMER** : | |
| : | |
| v. : | **CIVIL ACTION NO. 15-2863** |
| : | |
| **KILOLO JIJAKAZI,** *ACTING* : | |
| *COMMISSIONER OF SOCIAL* : | |
| *SECURITY* : | |
| : | |

## ORDER

This 28th day of December, 2021, it is hereby **ORDERED** that Plaintiff's Motion for Relief from Judgement pursuant to the Federal Rule of Civil Procedure 60(b)(6) is **DENIED.**

/s/ Gerald Austin McHugh
United States District Judge